**Tim A. Pori (SBN 189270)**
**Shirley E. Gibson (SBN 206829)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile:   (707) 644-7528

Attorneys for Plaintiffs
DORIS CROSLEY and KENNETH COLLINS

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS CROSLEY, and KENNETH COLLINS, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PITTSBURG, a municipal corporation; AARON L. BAKER, in his capacity as Chief of Police for the CITY OF PITTSBURG, WESLEY BANCROFT, individually and in his capacity as a police officer for the CITY OF PITTSBURG, and DOES 1 - 100, inclusive, <br><br> Defendants. | Case No.  C05-04051 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE** |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Case Management Conference currently set for February 10, 2006, at 1:30 p.m. be rescheduled.

   The reason for the requested continuance is that Tim A. Pori, attorney for plaintiffs, has a 3 day criminal trial scheduled to begin in Solano County on February 8, 2006.

   The parties hereby respectfully request that the court continue the Case Management

1

*Crosley v. City of Pittsburg, et al.,* USDC No. C05-4051BZ

Conference to either March 3, 2006, or March 10, 2006.

                                         Respectfully submitted

Dated: January 11, 2006        By:    /s/ Tim A. Pori
                                                     TIM A. PORI
                                                     Attorney for Plaintiff CROSLEY

Dated: January 12, 2006        By:   /s/ Michael P. Clark (Authorized on 1/12/06)
                                                     MICHAEL CLARK
                                                   Attorney for Defendants
                                                   CITY OF PITTSBURG, AARON
                                                   BAKER and WESLEY BANCROFT

## **ORDER**

    IT IS SO ORDERED.

    IT IS FURTHER ORDERED that the Case Management Conference is scheduled for March 10, 2006, at 1:30 p.m..

                                                   _____
                                                   JEFFREY S. WHITE
                                                   JUDGE OF THE UNITED STATES
                                                   DISTRICT COURT

*Crosley v. City of Pittsburg, et al.,* USDC No. C05-4051BZ