1  **Tim A. Pori (SBN 189270)**
   **Shirley E. Gibson (SBN 206829)**
2  LAW OFFICES OF TIM A. PORI
   521 Georgia Street
3  Vallejo, CA 94590
   Telephone: (707) 644-4004
4  Facsimile:   (707) 644-7528

5  Attorneys for Plaintiffs

6

7  **Peter Edrington (SBN 074355)**
   **Michael Clark (SBN 110917)**
   EDRINGTON, SCHIRMER & MURPHY
8  2300 Contra Costa Blvd. #450
   Pleasant Hill, CA   94523
9  Telephone: (925) 827-3300
   Facsimile : (925) 827-3320
10
   Attorneys for Defendants
11

12

13
                    **IN THE UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15

16 | DORIS CROSLEY, and KENNETH               ) | Case No.   C05-04051 JSW
   | COLLINS,                                  )
17 |                                           )
   |                  Plaintiffs,              )
18 |                                           ) | **STIPULATION AND [PROPOSED]**
   |           vs.                             ) | **ORDER TO EXTEND TIME**
19 |                                           ) | **TO CONDUCT EARLY NEUTRAL**
   | CITY OF PITTSBURG, a municipal            ) | **EVALUATION**
20 | corporation; AARON L. BAKER,  in his      )
   | capacity as Chief of Police for           )
21 | the CITY OF PITTSBURG, WESLEY             )
   | BANCROFT, individually and in his         )
22 | capacity as a police officer for the CITY OF )
   | PITTSBURG, and DOES 1 - 100,              )
23 | inclusive,                                )
   |                                           )
24 |                                           )
   |                                           )
25 |                  Defendants.              )
   |_____)
26

27      The parties hereby stipulate and agree that the Stipulation and Order Selecting ADR

28
                                           1

*Crosley v. City of Pittsburg, et al.,* USDC No. C05-04051JSW

1  Process shall be modified to state that the ENE Session shall occur 150 days from the date of the
2  court's order, to wit: February 9, 2006, rather than 120 days from the date of the court's order.
3  This stipulation is due to the unexpected unavailability of plaintiff DORIS CROSLEY due to her
4  need to have surgery and resultant recuperation period.

6                                         LAW OFFICES OF TIM A. PORI

8  Dated: April 26, 2006             By:        /s/    Tim A. Pori
                                           TIM A. PORI
9                                          Attorney for Plaintiffs

                                           EDRINGTON, SCHIRMER & MURPHY

12 Dated: May 2, 2006               By:        /s/    Michael P. Clark (Authorized 5/2/06)
                                           MICHAEL CLARK
13                                         Attorneys for Defendants

15                                      ~~PROPOSED~~ ORDER

17       Good cause appearing therefor,
18       IT IS HEREBY ORDERED that the Stipulation and Order shall be modified to state that
19 the ENE Session shall occur within 150 days of February 9, 2006, rather than 120 days of the
20 Court's order.

22 Dated: May  11  , 2006.                      _____
                                           HONORABLE JEFFREY S. WHITE
23                                         UNITED STATES DISTRICT COURT JUDGE

                                           2
*Crosley v. City of Pittsburg, et al.,* USDC No. C05-04051JSW