|   |   |
|---|---|
| 1 | **Tim A. Pori (SBN 189270)**<br>**Shirley E. Gibson (SBN 206829)** |
| 2 | LAW OFFICES OF TIM A. PORI<br>521 Georgia Street |
| 3 | Vallejo, CA 94590<br>Telephone: (707) 644-4004 |
| 4 | Facsimile:   (707) 644-7528 |
| 5 | Attorneys for Plaintiffs |
| 6 |   |
| 7 | **Peter Edrington (SBN 074355)**<br>**Michael Clark (SBN 110917)** |
| 8 | EDRINGTON, SCHIRMER & MURPHY<br>2300 Contra Costa Blvd. #450 |
| 9 | Pleasant Hill, CA   94523<br>Telephone: (925) 827-3300 |
| 10 | Facsimile : (925) 827-3320 |
| 11 | Attorneys for Defendants |

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| DORIS CROSLEY, and KENNETH COLLINS, | ) ) | Case No.   C05-04051 JSW |
|---|---|---|
| Plaintiffs, | ) ) |   |
| vs. | ) ) | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO CONDUCT EARLY NEUTRAL EVALUATION** |
| CITY OF PITTSBURG, a municipal corporation; AARON L. BAKER, in his capacity as Chief of Police for the CITY OF PITTSBURG, WESLEY BANCROFT, individually and in his capacity as a police officer for the CITY OF PITTSBURG, and DOES 1 - 100, inclusive, | ) ) ) ) ) ) ) ) ) |   |
| Defendants. | ) ) |   |

The parties hereby stipulate and agree that the Stipulation and Order Selecting ADR

1

*Crosley v. City of Pittsburg, et al.*, USDC No. C05-04051JSW

1  Process shall be modified to state that the ENE Session shall occur not later than August 20,
2  2006. The parties were unable to complete ENE prior to the deadline previously set by the court,
3  i.e., July 10, 2006, due to the unexpected hospitalization of plaintiff DORIS CROSLEY on July
4  5, 2006.

LAW OFFICES OF TIM A. PORI

Dated: July 10, 2006    By:    /s/   Tim A. Pori
                               TIM A. PORI
                               Attorney for Plaintiffs

EDRINGTON, SCHIRMER & MURPHY

Dated: July 11, 2006    By:    /s/ Michael Clark (Authorized 7/11/06)
                               MICHAEL CLARK
                               Attorneys for Defendants

**~~PROPOSED~~ ORDER**

Good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation and Order shall be modified to state that the ENE Session shall occur no later than August 20, 2006.

Dated: July __12__, 2006.            _/s/ Jeffrey S. White_____
                                     HONORABLE JEFFREY S. WHITE
                                     UNITED STATES DISTRICT COURT JUDGE
                                        by Honorable Phyllis J. Hamilton

2

*Crosley v. City of Pittsburg, et al.,* USDC No. C05-04051JSW