CHARLES GEERHART (SBN 139769)
PAOLI & GEERHART, LLP
785 Market Street, Suite 1150
San Francisco, CA  94103
(415) 498-2101

Tim A. Pori (SBN 189270)
Shirley E. Gibson (SBN 206829)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile:   (707) 644-7528

Attorneys for Plaintiffs
DORIS CROSLEY and KENNETH COLLINS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS CROSLEY, and KENNETH COLLINS<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG  ET AL<br><br>    Defendants. | Case No. C 05-04051 JSW<br><br>NOTICE OF WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL;  ORDER THEREON |

TO THE COURT AND EACH PARTY AND ATTORNEY OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE THAT the Law Offices of Tim A. Pori hereby seeks Court

*Crosley et al v. City of Pittsburg at al*
USDC No. C 04-04051 JSW
WITHDRAWAL OF COUNSEL AND SUBSTITUTION
 OF NEW COUNSEL;  ORDER THEREON

1

approval to withdraw as counsel for Plaintiffs, with simultaneous substitution by Charles Geerhart, PAOLI & GEERHART LLP, as counsel of record for plaintiffs. Tim Pori has been diagnosed with colon and liver cancer and is about to undergo chemotherapy. The plaintiffs' consent for Paoli & Geerhart to represent them is e-filed herewith as an attachment.

Dated: November 22, 2006                PAOLI & GEERHART LLP

By

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/s/_____

CHARLES O. GEERHART

Attorneys for Plaintiff

Dated: November 22, 2006                LAW OFFICE OF TIM A. PORI

By

/s/_____

Tim A. Pori

Attorneys for Plaintiff

*Crosley et al v. City of Pittsburg at al*
USDC No. C 04-04051 JSW
WITHDRAWAL OF COUNSEL AND SUBSTITUTION
 OF NEW COUNSEL;  ORDER THEREON

2

**ORDER APPROVING WITHDRAWAL AND SIMULTANEOUS SUBSTITUTION OF COUNSEL**

The Court has reviewed Plaintiffs' request for the Law Offices of Tim A. Pori to withdraw as counsel for Plaintiffs, with simultaneous substitution by Charles Geerhart, PAOLI & GEERHART LLP, as counsel of record for plaintiffs. Good cause appearing, the Court approves the request. IT IS SO ORDERED.

Date: November 27, 2006

Hon. Jeffrey White
Judge of the U.S. District Court

*Crosley et al v. City of Pittsburg at al*
USDC No. C 04-04051 JSW
WITHDRAWAL OF COUNSEL AND SUBSTITUTION
OF NEW COUNSEL; ORDER THEREON

3