CHARLES GEERHART (SBN 139769)
PAOLI & GEERHART, LLP
785 Market Street, Suite 1150
San Francisco, CA  94103
(415) 498-2101

Attorneys for Plaintiffs
DORIS CROSLEY and KENNETH COLLINS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS CROSLEY, and KENNETH COLLINS<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG  ET AL<br><br>   Defendants. | Case No. C 04-04051 JSW<br><br>STIPULATION RE TRIAL CONTINUANCE OF TRIAL DATE AND ALL RELATED DATES; ORDER THEREON |

The parties to this action hereby stipulate as follows:

That due to the fact that plaintiffs' prior counsel, Tim Pori has been diagnosed with colon and liver cancer and has had to withdraw as counsel, plaintiffs new counsel need additional time to familiarize themselves with the case, conduct discovery and prepare for trial. The parties therefore stipulate to an Order continuing the jury trial of this matter (presently set for July 16, 2007) to November 5, 2007, or such later date as the Court may deem appropriate.  The pareties further

1  stipulate that plaintiffs' motion to continue trial may be heard on shortened time. The parties further
2  stipulate to an Order extending all related trial and discovery deadlines as follows, or to such other
3  dates the Court deems appropriate:

| | |
|---|---|
| 4  Non-expert discovery cut-off | June 4, 2007 |
| 5  Expert disclosure | June 11, 2007 |
| 6  Expert discovery cut-off | July 10, 2007 |
| 7  Last day to hear dispositive motions | August 10, 2007 |

9  Dated:  December 5, 2006          PAOLI & GEERHART LLP

10                                               By

11                                               I hereby attest that I have on file all holograph signatures for any signatures indicated by a
12                                               "conformed" signature (/S/) within this efiled document.

14                                                 /s/_____
15                                               CHARLES O. GEERHART
16                                               Attorneys for Plaintiffs Crosley and Collins

18  Dated:  December ___, 2006       EDRINGTON SCHURMER ET AL
19                                               By

21                                                 /s/_____
22                                               Michael Clark
23                                               Attorneys for Defendants
24                                               City of Pittsburg and Aaron Baker

28

*Crosley et al v. City of Pittsburg at al*
USDC No. C 04-04051 JSW
STIPULATION RE TRIAL CONTINUANCE

2

1 **ORDER** RE TRIAL CONTINUANCE OF TRIAL DATE AND ALL RELATED DATES

2     The Court has reviewed the Parties' STIPULATION RE TRIAL CONTINUANCE OF

3 TRIAL DATE AND ALL RELATED DATES Good cause appearing, the Court approves the

4 request. The Court also orders that the pretrial conference shall be set for October 15, 2007 at

5 2:00 p.m., and the parties shall be governed by this Court's current guidelines for jury trials. IT IS SO ORDERED.

7 Date: December 12, 2006          _/s/ Jeffrey S. White_

8                                            Hon. Jeffrey White

9                                            Judge of the U.S. District Court