CHARLES GEERHART (SBN 139769)
PAOLI & GEERHART, LLP
785 Market Street, Suite 1150
San Francisco, CA  94103
(415) 498-2101

Attorneys for Plaintiffs
DORIS CROSLEY and KENNETH COLLINS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS CROSLEY, and KENNETH COLLINS<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG  ET AL<br><br>        Defendants. | Case No. C 05-04051 JSW<br><br>**AMENDED** STIPULATION RE TRIAL CONTINUANCE OF TRIAL DATE AND ALL RELATED DATES; ORDER THEREON<br><br>AS MODIFIED HEREIN |

**This stipulation replaces the prior stipulation which stated an erroneous trial date.** The parties to this action hereby stipulate as follows:

That due to the fact that plaintiffs' prior counsel, Tim Pori has been diagnosed with colon and liver cancer and has had to withdraw as counsel, plaintiffs new counsel need additional time to familiarize themselves with the case, conduct discovery and prepare for trial. The parties therefore stipulate to an Order continuing the jury trial of this matter (presently set for July 16, 2007) to

---

*Crosley et al v. City of Pittsburg at al*
USDC No. C 05-04051 JSW
**AMENDED** STIPULATION RE TRIAL CONTINUANCE;
ORDER THEREON

1

**November 26, 2007**, or such later date as the Court may deem appropriate.  The parties further stipulate to an Order extending all related trial and discovery deadlines as follows, or to such other dates the Court deems appropriate:

| | |
|---|---|
| Non-expert discovery cut-off | June 18, 2007 |
| Expert disclosure | June 25, 2007 |
| Expert discovery cut-off | July 24, 2007 |
| Last day to hear dispositive motions | ~~August 24, 2007~~ |
| | August 10, 2007, with a further Case Management Conference to follow that hearing. |

Dated:  December 5, 2006                    PAOLI & GEERHART LLP

                                            By

                                            I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.


                                             /s/_____

                                            CHARLES O. GEERHART

                                            Attorneys for Plaintiffs Crosley and Collins


Dated:  December 11, 2006                   EDRINGTON SCHIRMER ET AL

                                            By


                                             /s/_____

                                            Peter Edrington

                                            Attorneys for Defendants

                                            City of Pittsburg and Aaron Baker

---

*Crosley et al v. City of Pittsburg at al*
USDC No. C 05-04051 JSW
**AMENDED** STIPULATION RE TRIAL CONTINUANCE;
ORDER THEREON

2

1 | **ORDER** RE TRIAL CONTINUANCE OF TRIAL DATE AND ALL RELATED DATES

2 |     The Court has reviewed the Parties' **AMENDED** STIPULATION RE TRIAL CONTINUANCE AND ALL RELATED DATES. Good cause appearing, the Court approves the request and the dates stated in the above stipulation. The Court also orders that the Pre-trial Conference shall be set for December 3, ~~current~~ 2007, at 2:00 p.m. and that the parties shall be governed by this court's guidelines for jury trials. The pretrial conference is set for Tuesday, November 13, 2007 at 2:00 p.m.

IT IS SO ORDERED.

Date: December 13, 2006

_____
Hon. Jeffrey White
Judge of the U.S. District Court

---

*Crosley et al v. City of Pittsburg at al*
USDC No. C 05-04051 JSW
**AMENDED** STIPULATION RE TRIAL CONTINUANCE;
ORDER THEREON

3