1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSLEY, et al., | |
| Plaintiffs, | No. C 05-04051 JSW |
| v. | **ORDER CLARIFYING PRETRIAL AND TRIAL DATES** |
| CITY OF PITTSBURG, et al., | |
| Defendants. / | |

The Court issues this Order to clarify Docket No. 33. The trial in this matter is set for December 3, 2007 at 8:30 a.m., and the Pre-Trial Conference is set for November 13, 2007 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 27, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE