CHARLES GEERHART (SBN 139769)
PAOLI & GEERHART, LLP
785 Market Street, Suite 1150
San Francisco, CA  94103
(415) 498-2101

Attorneys for Plaintiffs
DORIS CROSLEY and KENNETH COLLINS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS CROSLEY, and KENNETH COLLINS<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG  ET AL<br><br>        Defendants. | Case No. C 05-04051 JSW<br><br>STIPULATION FOR ORDER TO DEPOSE OFFICER LOMBARDO AFTER DISCOVERY CUTOFF |

The parties to this action hereby stipulate as follows:

That due to the fact that defendant Lombardo has left the Pittsburg Police Department and has had other training obligations with his new department (Citrus Heights PD) which have prevented scheduling him for a deposition, Officer Lombardo and all other defendants, by and through their counsel, agree that plaintiffs may depose Officer Lombardo after the June 18 discovery

*Crosley et al v. City of Pittsburg at al*
USDC No. C 05-04051 JSW
STIPULATION FOR ORDER TO DEPOSE
 OFFICER LOMBARDO AFTER DISCOVERY CUTOFF

1

1   cutoff in this matter.  The defense agrees to produce officer Lombardo for deposition at a mutually

2   agreeable time and place. The parties agree and stipulate to an order stating such.

3

4   Dated:  May 4, 2007                              PAOLI & GEERHART LLP

5                                                    By

6                                                    I hereby attest that I have on file all holograph
                                                     signatures for any signatures indicated by a
7                                                    "conformed" signature (/S/) within this efiled
                                                     document.
8

9                                                     /s/_____

10                                                   CHARLES O. GEERHART

11                                                   Attorneys for Plaintiffs Crosley and Collins

12

13  Dated:  May ____, 2007                           EDRINGTON SCHIRMER ET AL

14                                                   By

15

16                                                    /s/_____

17                                                   Michael Clark

18                                                   Attorneys for Defendants

19                                                   City of Pittsburg, Aaron Baker, Officers Pratt,

20                                                   Bancroft and Lombardo

21

22

23

24

25

26

27

28

*Crosley et al v. City of Pittsburg at al*
USDC No. C 05-04051 JSW
STIPULATION FOR ORDER TO DEPOSE
 OFFICER LOMBARDO AFTER DISCOVERY CUTOFF

1       **ORDER** RE DEPOSITION OF OFFICER LOMBARDO

2       The Court has reviewed the Parties' STIPULATION FOR ORDER TO DEPOSE OFFICER

3 LOMBARDO AFTER DISCOVERY CUTOFF.  Good cause appearing, the Court approves the

4 stipulation and orders that plaintiff s may depose Officer Lombardo after the discovery cutoff of June

5 18 in this matter.

6 IT IS SO ORDERED.

7

8 Date: May 11, 2007           _____

9                         Hon. Jeffrey White

10                         Judge of the U.S. District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Crosley et al v. City of Pittsburg at al*
USDC No. C 05-04051 JSW
STIPULATION FOR ORDER TO DEPOSE
 OFFICER LOMBARDO AFTER DISCOVERY CUTOFF