IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DORIS CROSLEY, et al.,

    Plaintiffs,

v.

CITY OF PITTSBURG, et al.,

    Defendants.

No. C 05-04051 JSW

**ORDER DECLINING TO AWARD SANCTIONS RE JOINT LETTER BRIEF**

    On June 1, 2007, the Court granted in part and denied in part Plaintiffs' requests regarding discovery, as set forth in a joint letter brief from the parties. In that Order, the Court ordered the parties to show cause why the Court should not apportion the reasonable expenses incurred in relation to the motion, pursuant to Federal Rule of Civil Procedure 37(a)(4)(c).

    The Court has received Plaintiffs' statements of the fees they incurred in connection with the dispute. The Court also has received Defendants' response to the Order to Show Cause, which sets forth in greater detail Defendants' position on the discovery disputes at issue in the joint letter brief. Having considered the Defendant's response, the Court finds that sanctions are not warranted.

    **IT IS SO ORDERED.**

Dated: June 12, 2007

                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28