IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DORIS CROSLEY, et al.,

    Plaintiffs,

v.

CITY OF PITTSBURG, et al.,

    Defendants.

No. C 05-04051 JSW

**ORDER RE PLAINTIFFS' CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT**

    On December 13, 2006, this Court approved the parties' stipulation to modify certain pretrial dates, and set the deadline to hear dispositive motions for August 10, 2007. Under this Court's Local Rules, the deadlines for filing dispositive motions was July 6, 2007. On that date, Defendants' timely filed a motion for summary judgment on most of Plaintiffs' claims. Plaintiffs did not file any dispositive motions on that date.

    On July 20, 2007, Plaintiffs timely filed their opposition to Defendants' motion for summary judgment. On that date, they also filed a cross-motion for partial summary judgment on their first cause of action, and noticed the motion for hearing on August 10, 2007. That motion was not timely filed, and was not filed with a request for leave to late file. As such, the Court shall not consider the motion on August 10, 2007.

    If Plaintiffs wish to have the Court consider their cross-motion for summary judgment past the deadline for filing such a motion, they must file an administrative motion demonstrating good cause to grant such a request. Any such motion must be filed by no later than July 25, 2007.

In the alternative, the parties may stipulate to hearing cross-motions. If the parties so stipulate, the Court expresses no opinion on whether it will grant a request to hear both motions on August 10, 2007.

**IT IS SO ORDERED.**

Dated: July 23, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE