Peter P. Edrington, Esq. (SBN 074355)
Michael P. Clark, Esq. (SBN 110917)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
(925)827-3300

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS CROSLEY, and KENNETH COLLINS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG, ET AL.,<br><br>Defendants. | Case No. C05-4051 JSW<br><br>STIPULATION RE FILING OF OPPOSITION AND REPLY PAPERS RE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; ORDER THEREON |

The parties to this action hereby stipulate as follows:

That due to the fact that defense counsel, Michael P. Clark, has a planned vacation in San Diego beginning on August 2, 2007 through August 13, 2007, and the due date for filing papers in opposition to plaintiff Crosley's Motion for Partial Summary Judgment is August 10, 2007, said counsel will not have adequate time to prepare and file defendants' opposition papers. The parties therefore stipulate to an Order providing that defendants' opposition shall be filed on August 17, 2007 and plaintiffs' reply shall

be filed on August 24, 2007. The hearing date for said motion shall remain August 31, 2007 at 9:00 a.m.

Dated: August 1, 2007

PAOLI & GEERHART LLP

By [signature]

Charles O. Geerhart
Attorneys for Plaintiffs

Dated: August 1, 2007

EDRINGTON SCHIRMER & MURPHY

By [signature]

Michael P. Clark
Attorneys for Defendants

*Crosley et al v. City of Pittsburg at al*
USDC No. C 04-04051 JSW
STIPULATION RE FILING OPPOSITION AND REPLY PAPERS

2

ORDER RE FILING OF OPPOSITION AND REPLY PAPERS RE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

The Court has reviewed the Parties STIPULATION RE FILING OF OPPOSITION AND REPLY PAPERS RE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT. Good cause appearing, the Court approves the request and the dates stated in the above stipulation.

IT IS SO ORDERED.

Date: August 2, 2007

Hon. Jeffrey White
Judge of the U.S. District Court