**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DORIS CROSLEY, et al.,

    Plaintiffs,

v.

CITY OF PITTSBURG, et al.,

    Defendants.
_____/

No. C 05-04051 JSW

**ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE**

Pursuant to Local Rule 72-1, and the parties' consent, this matter is referred to Magistrate Judge Maria-Elena James for a settlement conference to be completed by September 28, 2007.

**IT IS SO ORDERED.**

Dated: August 31, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom