IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DORIS CROSLEY, et al.,

    Plaintiffs,

  v.

CITY OF PITTSBURG, et al.,

    Defendants.

                                        /

No. C 05-04051 JSW

**AMENDED ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE**

    Pursuant to Local Rule 72-1, and the parties' consent, this matter is referred to Magistrate Judge Maria-Elena James for a settlement conference to be completed by no later than October 1, 2007.

    **IT IS SO ORDERED.**

Dated: September 4, 2007

                                                  JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

cc: Karen Hom