CHARLES GEERHART (SBN 139769)
PAOLI & GEERHART, LLP
785 Market Street, Suite 1150
San Francisco, CA 94103
(415) 498-2101

Attorneys for Plaintiffs
DORIS CROSLEY and KENNETH COLLINS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS CROSLEY, and KENNETH COLLINS<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG, et al.<br><br>      Defendants. | Case No. C 05-04051 JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO TAKE VIDEO DEPOSITION OF SCOTT DYE, MD |

The Court has reviewed plaintiffs' letter brief requesting an Order allowing plaintiffs to take a video deposition of plaintiff's expert Dr. Scott Dye. The Court notes that the defendants' counsel has supplied a letter stating that the defense does not oppose plaintiffs' request. Good cause appearing, the Court grants plaintiffs' request. The Court orders as follows:

Plaintiffs may take the videotaped deposition of Dr. Dye on a date mutually agreeable to the parties,

---

*Crosley et al v. City of Pittsburg at al*
USDC No. C 05-04051 JSW
ORDER GRANTING PLAINTIFFS'
REQUEST TO TAKE VIDEO DEPOSITION
OF SCOTT DYE, MD

1

1 | and the videotaped deposition may be used at the trial in lieu of live testimony by Dr. Dye.

2 | IT IS SO ORDERED.

3 | Dated: September 17, 2007

4 | _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

6 | It is FURTHER ORDERED that this deposition is to be for the purposes of obtaining trial testimony only and shall not be used as a vehicle for further discovery.

*Crosley et al v. City of Pittsburg at al*
USDC No. C 05-04051 JSW
ORDER GRANTING PLAINTIFFS'
REQUEST TO TAKE VIDEO DEPOSITION
OF SCOTT DYE, MD