PETER P. EDRINGTON, ESQ. (Bar No. 074355)
JAMES M. MARZAN, ESQ. (Bar No. 133931)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants CITY OF PITTSBURG,
AARON BAKER and WESLEY BANCROFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS CROSLEY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PITTSBURG, et al., <br><br> Defendants.. | Case No.: C05-4051 JSW <br><br> [PROPOSED] ORDER GRANTING IN PART DEFENDANTS' REQUEST TO SUPPLEMENT THEIR INITIAL DISCLOSURE |

The court, after reviewing defendants' letter brief requesting an order allowing defendants to supplement their initial disclosures to include the name of a recently identified witness, finds good cause for the disclosure. Accordingly, the court orders the following:

Defendants may supplement their initial disclosure to add Officer Lisa Capocci as a witness. ~~Plaintiffs may take the deposition of Officer Capocci, who will be allowed to testify at trial~~. The Court takes no position at this time regarding taking Officer Capocci's deposition.

IT IS SO ORDERED.

DATED: September 21, 2007

_Jeffrey S. White_
Jeffrey S. White
United States District Court Judge

1