IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DORIS CROSLEY, et al.,

      Plaintiffs,

  v.

CITY OF PITTSBURG, et al.,

      Defendants.

_____/

No. C 05-04051 JSW

**ORDER GRANTING STIPULATION TO DEPOSE WITNESS AND ORDER RE PRETRIAL AND TRIAL DATES**

The Court has received the parties' stipulation to depose Officer Lisa Capocci as a witness in this case. That stipulation is GRANTED. The Court also has been notified that the Settlement Conference in this case has been rescheduled to 10:00 a.m. on November 13, 2007, the date on which the parties currently are scheduled to appear for their pretrial conference.

Because under this Court's guidelines for jury trials, the parties deadlines for exchange of certain pretrial information and pretrial filings shall be due before the date of the Settlement Conference, and because the parties' cross-motions for summary judgment still are under submission, they are HEREBY ORDERED to advise the Court by no later than October 12, 2007, whether they will be seeking a continuance of the pretrial and trial date, and associated filing deadlines, in light of the continued date of the settlement conference.

**IT IS SO ORDERED.**

Dated: October 9, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California