IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DORIS CROSLEY, et al.,

    Plaintiffs,

v.

CITY OF PITTSBURG, et al.,

    Defendants.
_____/

No. C 05-04051 JSW

**ORDER CONTINUING PRETRIAL AND TRIAL DATES**

    The Court has received the parties' letter setting forth their agreement to continue the trial in this matter. The Court has considered the proposed dates and shall continue the trial date to Monday, April 14, 2008. The pretrial conference shall be continued to Monday, March 24, 2008 at 2:00 p.m. The parties' pretrial filings shall be due in accordance with this Court's guidelines.

    In the event the parties resolve this matter in advance of the trial, they shall so notify the Court.

    **IT IS SO ORDERED.**

Dated: October 18, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE