IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DORIS CROSLEY, et al.,

    Plaintiffs,

v.

CITY OF PITTSBURG, et al.,

    Defendants.

No. C 05-04051 JSW

**ORDER CONDITIONALLY DISMISSING CASE**

The Court has been apprised that this matter has settled. (See Docket No. 107). The Court HEREBY VACATES all pending dates and conditionally dismisses this case pending finalization of the settlement. The parties either shall file a dismissal of the matter within sixty days of the date of this Order, or shall submit a status report to the Court outlining why additional time is necessary to finalize the settlement.

**IT IS SO ORDERED.**

Dated: December 21, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE