PETER P. EDRINGTON, ESQ. (Bar No. 074355)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants CITY OF PITTSBURG,
AARON BAKER, WESLEY BANCROFT and DANIEL PRATT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS CROSLEY, et al., | Case No.: C05-4051 JSW |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION, WITH PREJUDICE** |
| CITY OF PITTSBURG, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed that the above-captioned matter may be dismissed, with prejudice, owing to an agreement to settle. Each party shall bear his/her/its own costs and attorney's fees in connection with this litigation.

DATED: January 18, 2008    PAOLI & GEERHART

By _____
Charles Geerhart, Esq.
Attorney for Plaintiffs

---

STIPULATION AND ORDER RE DISMISSAL

1

DATED: February 9, 2008    EDRINGTON, SCHIRMER & MURPHY

By _____
Peter P. Edrington, Esq.
Attorney for Defendants
CITY OF PITTSBURG, AARON
BAKER, WESLEY BANCROFT
AND DANIEL PRATT

**ORDER**

Pursuant to the above Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned litigation shall be, and is hereby dismissed, with prejudice. Each party shall bear his/her/its own costs and attorney's fees in connection with this litigation. IT IS SO ORDERED.

DATED: February 12, 2008

By _____
U.S. District Court Judge

STIPULATION AND ORDER RE DISMISSAL